IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAWN KING PETTUS                              :
                                              :  CIVIL ACTION
       v.                                     :
                                              :
CITY OF PHILADELPHIA, CHARLES RAMSEY,          :        FILED AUG 05 2011
CAROL O'NEILL, SCOTT BRADEY,                  :
SHAWN TRUSH, JOE STABB AND                    :
THREE JOHN DOES AND THREE JANE DOES           :  NO. 11-CV-1575

## ORDER

AND NOW, this 5th day of August 2011, after consideration of Defendants' partial motion to dismiss Plaintiff's Amended Complaint (Doc. 9), Plaintiff's response thereto (Doc. 11) and Defendants' supplemental memorandum (Doc. 23), it is hereby ORDERED as follows:

1. The motion is GRANTED to the extent that Defendants Scott Bradey and Joe Stabb are dismissed with prejudice;

2. The motion is GRANTED IN PART AND DENIED IN PART as to Plaintiff's Fourteenth Amendment due process claims, which are dismissed without prejudice to Plaintiff's filing a second amended complaint within 14 days of this order containing more specific factual allegations of a procedural and/or substantive due process violation; and

3. The motion is DENIED in all other respects.

BY THE COURT:

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE